1  JACK S. SHOLKOFF, CA Bar No. 145097
   jack.sholkoff@ogletree.com
2  DANIEL N. ROJAS, CA Bar No. 326115
   daniel.rojas@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
5  Telephone:  213-239-9800
   Facsimile:   213-239-9045
6
   Attorneys for Defendants
7  CARMAX AUTO SUPERSTORES, INC., CARMAX
   FUNDING SERVICES, LLC, and CARMAX FUNDING
8  SERVICES II, LLC

9           UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

12 JOSE MARIO LANDAVERDE, on          Case No. _____
   behalf of himself and all others
13 similarly situated,                **EXHIBITS IN SUPPORT OF
                                      DEFENDANTS' NOTICE OF
14            Plaintiff,              REMOVAL OF CIVIL ACTION TO
                                      UNITED STATES DISTRICT COURT**
15       v.
                                      [Filed concurrently with Notice of
16 CARMAX AUTO SUPERSTORES,           Removal Civil Cover Sheet; Certification
   INC., a Virginia corporation;      of Interested Parties and Disclosure
17 CARMAX FUNDING SERVICE,            Statement; Notice of Related Cases;
   LLC, a Delaware limited liability   Declarations of Daniel N. Rojas, Tarun
18 company; CARMAX FUNDING            Mehta, Ashley Cullum, and Ariel
   SERVICE II, LLC, a Delaware limited Kumpinsky in Support of Removal]
19 liability company; and DOES 1 through
   100, inclusive.
20                                    Complaint Filed: November 13, 2023
            Defendants.              Trial Date:      None
21                                   District Judge:  Hon. _____
                                                      Courtroom __, _____
22

23

24

25

26

27

28

                              1                    Case No. _____
DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT